Robert N. Klieger, State Bar No. 192962
rklieger@hueston.com
Tristan Favro, State Bar No. 294985
tfavro@hueston.com
HUESTON HENNIGAN LLP
523 West 6th Street, Suite 400
Los Angeles, California 90014
Telephone: (213) 788-4340
Facsimile: (888) 775-0898

Attorneys for Defendants and Counterclaimants
Kmart Corporation, Sears Holdings Management
Corporation, and Risewear, LLC

Lawrence G. Townsend, State Bar No. 88184
LAW OFFICES OF LAWRENCE G. TOWNSEND
455 Market Street, Suite 1910
San Francisco, California 94105
Telephone: (415) 882-3288
Facsimile: (415) 882-3299
Email: ltownsend@owe.com

Attorneys for Plaintiff and Counterdefendant
Rise Basketball Skill Development, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RISE BASKETBALL SKILL DEVELOPMENT, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>KMART CORPORATION, a Michigan corporation; SEARS HOLDINGS MANAGEMENT CORPORATION, a Delaware corporation; and RISEWEAR, LLC, a Texas limited liability company,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 16-cv-4895-WHO<br><br>**ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE** |

1 | The Court, having considered the Stipulation Requesting Continuance of Further Case
2 | Management Conference, and good cause appearing therefor, hereby continues the Further Case
3 | Management Conference currently set for May 2, 2017 at 2:00 p.m. to May 23, 2017 at 2 p.m.

IT IS SO ORDERED.

DATED: April 10, 2017

_____
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE